MARY A. BARRETT *v.* FRANK W. DRISCOLL ET AL.

The motion by the named defendant to dismiss the cross appeal from the Superior Court in Fairfield County at Stamford is granted.

*Warren W. Eginton,* for the appellant-appellee (named defendant).

*Elsie Nemore,* with whom was *Leon Nemore,* for the appellee-appellant (plaintiff).

Argued October 2—decided October 2, 1962

VIRGINIA M. CURTIN *v.* LIBMAN'S INC. ET AL.

Judgment shall be entered dismissing the appeal from the Superior Court in Hartford County unless, by December 3, 1962, the plaintiff shall file her brief.

*Seymour Framson,* for the appellees (defendants).

*Francis J. Connolly, Jr.,* with whom was *Virginia M. Curtin,* pro se, the appellant (plaintiff).

Argued October 2—decided October 2, 1962

AL KNAPP *v.* NEW HAVEN ROAD CONSTRUCTION COMPANY

Judgment shall be entered dismissing the appeal from the Court of Common Pleas in Fairfield County unless, by November 5, 1962, the defendant shall file its brief.

*Gerald S. Spiegel,* for the appellee (plaintiff).

*John J. Resnik,* for the appellant (defendant).

Argued October 2—decided October 2, 1962